UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANAEL RUTLEDGE,<br><br>                              Plaintiffs,<br><br>v.<br><br>ADP, INC.,<br><br>                              Defendants. | Case No.:   22CV898-L(BLM)<br><br>**ORDER RESETTING MANDATORY SETTLEMENT CONFERENCE** |

Due to a conflict on the Court's calendar, the videoconference Mandatory Settlement Conference scheduled for May 16, 2023 at 9:30 a.m. is **RESET** to **May 31, 2023** at **9:30 a.m.** No later than **May 19, 2023**, the parties shall submit directly to Magistrate Judge Major's chambers (efile_major@casd.uscourts.gov) confidential settlement statements no more than ten (10) pages in length and conference participant information.  All other guidelines and requirements remain as previously set.  ECF No. 27.

**IT IS SO ORDERED**.

Dated: 3/15/2023

Hon. Barbara L. Major
United States Magistrate Judge